156 So.2d 55

**STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS,**

v.

**Vincent CEFALU.**

**No. 46830.**

Sept. 20, 1963.

In re: Vincent Cefalu applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 153 So.2d 605.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

156 So.2d 55

**Ida C. AIRHART**

v.

**Edmond N. AIRHART.**

**No. 46833.**

Sept. 20, 1963.

In re: Edmond N. Airhart applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 153 So.2d 140.

The application is denied. There appears no error of law in the judgment complained of.